IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIEL MARTINEZ,

    Plaintiff,

v.                                          No. 20-cv-1072 WJ-KRS

XI JINPING,

    Defendant.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). The Court cannot rule on the Motion because it does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(b)(1). Within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions between April 16, 2020 and October 16, 2020. All filings should include the case number (20-cv-1072 WJ-KRS). The failure to timely comply with this Order will result in dismissal of this action without prejudice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall file a certified inmate account statement reflecting transactions between April 16, 2020 and October 16, 2020.

_____
UNITED STATES MAGISTRATE JUDGE